432 F.2d 106
 UNITED STATES of America, Plaintiff-Appellee,
v.
Francis Phillip SILLS, Defendant-Appellant.
 No. 29853 Summary Calendar.*
*Rule 18, 5 Cir.; see Isbell Enterprises, Inc.
v.
Citizens Casualty Co. of New York et al., 5 Cir., 1970, 431
 
 F.2d 409, Part I.
 United States Court of Appeals, Fifth Circuit.
 Oct. 5, 1970.
 Samuel E. Smith, Miami, Fla., for defendant-appellant.
 Robert W. Rust, U.S. Atty., Neal R. Sonnett, Asst. U.S. Atty., Miami, Fla., for plaintiff-appellee.
 Appeal from United States District Court, Southern District of Florida; Charles B. Fulton, Chief Judge.
 Before BELL, AINSWORTH and GODBOLD, Circuit Judges.
 PER CURIAM:
 
 Affirmed. See Local Rule 21.[1]
 
 
 [1]
 See NLRB v. Amalgamated Clothing Workers of America, 5 Cir., 1970, 430 F.2d 966